**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 20, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  Edward P Malloy<br>  Christine M Malloy<br><br>                    Debtors | CASE NO: 15-30783<br>           (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

ORDER DISMISSING CASE

The Chapter 13 Trustee reporting to the Court that the Debtors failed to comply with the Agreed Order Resolving Motion to Dismiss, Placing Debtor on Payment Probation and Ordering Other Matters, (Doc. 78), filed November 6, 2018, and the Debtors having failed to make said payment.

IT IS ORDERED that this case be and hereby is dismissed.

IT IS SO ORDERED.

Submitted By:

/s/ JEFFREY M. KELLNER

 JEFFREY M. KELLNER  0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

**Copies:**
   All Creditors and Parties in Interest.