**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re:<br>    Edward P Malloy<br>    Christine M Malloy<br>            Debtor(s) | Case No. 15-30783 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Jeffrey M Kellner, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/18/2015.

2) The plan was confirmed on 09/01/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/17/2016, 09/20/2018, 09/26/2018.

5) The case was dismissed on 03/20/2019.

6) Number of months from filing to last payment: 48.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $80,719.94.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $110,515.00 |
| Less amount refunded to debtor | $1,704.00 |
| **NET RECEIPTS:** | **$108,811.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,174.85 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,174.85** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAS Debt Recovery Inc | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| ACB American, Inc. | Unsecured | 131.53 | NA | NA | 0.00 | 0.00 |
| ACB American, Inc. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Access Group Loan Servicing | Unsecured | 43,514.46 | NA | NA | 0.00 | 0.00 |
| ADAM B HALL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Alexandria Vaneck, Co., LPA | Unsecured | 69.60 | NA | NA | 0.00 | 0.00 |
| ALW Sourcing, LLC | Unsecured | 1,644.87 | NA | NA | 0.00 | 0.00 |
| American Collection Systems, Inc. | Unsecured | 22.60 | NA | NA | 0.00 | 0.00 |
| Amiercan Ambulette & Ambulance Inc. | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Assetcare, Inc. | Unsecured | 141.98 | NA | NA | 0.00 | 0.00 |
| Assetcare, Inc. | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 652.09 | 652.09 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHI | Priority | 59,413.35 | 8,243.81 | 8,243.81 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHI | Unsecured | 0.00 | 66,558.65 | 66,558.65 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON | Secured | 0.00 | 0.00 | 0.00 | 4,026.06 | 0.00 |
| BANK OF NEW YORK MELLON | Secured | 15,000.00 | 0.00 | 31,825.89 | 26,031.15 | 0.00 |
| BANK OF NEW YORK MELLON | Secured | 75,812.21 | 92,405.54 | 17,946.04 | 17,946.04 | 0.00 |
| BANK OF NEW YORK MELLON | Secured | 0.00 | 0.00 | 12,531.10 | 12,531.10 | 0.00 |
| BANK OF NEW YORK MELLON | Secured | 0.00 | 0.00 | 13,171.00 | 13,171.00 | 0.00 |
| BANK OF NEW YORK MELLON | Secured | 0.00 | 0.00 | 13,084.28 | 13,084.28 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 3,187.69 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 4,060.42 | 4,060.42 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 23,000.00 | 23,851.98 | 5,862.70 | 5,862.70 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 2,122.09 | 1,735.71 | 0.00 |
| Capial Recovery Service, LLC | Unsecured | 91.81 | NA | NA | 0.00 | 0.00 |
| CASHLAND | Unsecured | 1,290.48 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 287.63 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 33.80 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 66.31 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CBCS | Unsecured | 249.29 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 249.29 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 2,178.53 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services, Inc. | Unsecured | 690.79 | NA | NA | 0.00 | 0.00 |
| City of Columbus, Ohio | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| City of Oakwood, Ohio | Unsecured | 3,267.14 | NA | NA | 0.00 | 0.00 |
| City of Oakwood, Ohio | Unsecured | 486.92 | NA | NA | 0.00 | 0.00 |
| City of Oakwood, Ohio | Unsecured | 83.30 | NA | NA | 0.00 | 0.00 |
| City of Oakwood, Ohio | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| COMPUNET CLINICAL LABORATORI | Unsecured | 31.94 | NA | NA | 0.00 | 0.00 |
| COMPUNET CLINICAL LABORATORI | Unsecured | 1,673.93 | NA | NA | 0.00 | 0.00 |
| Congregation Torat Emet | Unsecured | 4,420.00 | NA | NA | 0.00 | 0.00 |
| Controlled Credit Corporation | Unsecured | 1,034.00 | NA | NA | 0.00 | 0.00 |
| Controlled Credit Corporation | Unsecured | 2,007.00 | NA | NA | 0.00 | 0.00 |
| Credit Services Incorporated | Unsecured | 4,452.19 | NA | NA | 0.00 | 0.00 |
| Credit Solutions, LLC | Unsecured | 157.60 | NA | NA | 0.00 | 0.00 |
| Crestwood Mgmt LLC | Unsecured | 80.65 | NA | NA | 0.00 | 0.00 |
| DAYTON CHILDRENS MEDICAL CEN | Unsecured | 150.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Digestive Specialists, Inc. | Unsecured | 1,216.66 | NA | NA | 0.00 | 0.00 |
| dj Ortho | Unsecured | 56.68 | NA | NA | 0.00 | 0.00 |
| Dr. Palmer Dermatology Laser Su | Unsecured | 152.47 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 7,011.87 | 8,882.86 | 8,882.86 | 0.00 | 0.00 |
| Emergency Medicine Specialis | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| Emergency Medicine Specialis | Unsecured | 111.20 | NA | NA | 0.00 | 0.00 |
| Endoscopy Center of Dayton Nor | Unsecured | 169.57 | NA | NA | 0.00 | 0.00 |
| Enterprise | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| FFCC-Columbus, Inc. | Unsecured | 358.96 | NA | NA | 0.00 | 0.00 |
| FOR TRUSTEE USE ONLY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GASTROINTESTINAL AND LIVER DIS | Unsecured | 189.39 | NA | NA | 0.00 | 0.00 |
| General Revenue Corporation | Unsecured | 4,193.21 | NA | NA | 0.00 | 0.00 |
| Granite Law Group, PLLC | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| Infinity Group Receivables | Unsecured | 100.60 | NA | NA | 0.00 | 0.00 |
| Innovative Debt Recovery, Inc. | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,199.62 | 16,670.76 | 6,886.96 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 9,284.13 | 9,091.13 | 0.00 | 0.00 |
| Jeff Wokutch Auto Body, Inc. | Unsecured | 814.80 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 610.71 | 610.71 | 0.00 | 0.00 |
| Kettering Health Network | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| KETTERING HEALTH NETWORK | Unsecured | 1,269.34 | 2,537.18 | 2,537.18 | 0.00 | 0.00 |
| KETTERING HEALTH NETWORK | Unsecured | 159.23 | 2,922.19 | 2,922.19 | 0.00 | 0.00 |
| Kettering Network Radiologists | Unsecured | 160.25 | NA | NA | 0.00 | 0.00 |
| Kettering Pathology Associates | Unsecured | 36.10 | NA | NA | 0.00 | 0.00 |
| Kettering Physician Network | Unsecured | 109.16 | NA | NA | 0.00 | 0.00 |
| KETTERING RADIOLOGISTS, INC. | Unsecured | 11.94 | NA | NA | 0.00 | 0.00 |
| KS NUCLEAR INC | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| LDG Financial Services, LLC | Unsecured | 599.41 | NA | NA | 0.00 | 0.00 |
| LEANN E COVEY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Lighthouse Recovery Asso | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 775.51 | NA | NA | 0.00 | 0.00 |
| Meaningful Beauty | Unsecured | 79.90 | NA | NA | 0.00 | 0.00 |
| Meijer | Unsecured | 57.66 | NA | NA | 0.00 | 0.00 |
| Miami Valley Hospital | Unsecured | 359.25 | NA | NA | 0.00 | 0.00 |
| Miami Valley Hospital | Unsecured | 131.53 | NA | NA | 0.00 | 0.00 |
| Miami Valley Hospital | Unsecured | 396.41 | NA | NA | 0.00 | 0.00 |
| Miami Valley Hospital | Unsecured | 29.04 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MICHAEL N MOORHEAD (REAL TECH | Priority | NA | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT INC | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| Midstates Radiology Consultant | Unsecured | 22.09 | NA | NA | 0.00 | 0.00 |
| Millennia Collections, LLC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Millennia Collections, LLC | Unsecured | 160.16 | NA | NA | 0.00 | 0.00 |
| MNet Financial Inc | Unsecured | 907.00 | NA | NA | 0.00 | 0.00 |
| NAFS | Unsecured | 1,322.25 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NICKIE FOURMAN - APPRAISER | Priority | NA | NA | NA | 0.00 | 0.00 |
| NTL Recovery Agency | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| OHIO DEPT OF TAXATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ohio State Medical Center | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 635.93 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 345.39 | NA | NA | 0.00 | 0.00 |
| Parson Bishop National Collections | Unsecured | 152.47 | NA | NA | 0.00 | 0.00 |
| PECO | Unsecured | 608.79 | NA | NA | 0.00 | 0.00 |
| Premier Ladies Fitness | Unsecured | 1,727.69 | NA | NA | 0.00 | 0.00 |
| Professional Radiology, Inc. | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Incorporated | Unsecured | 207.55 | NA | NA | 0.00 | 0.00 |
| RCB Collections | Unsecured | 568.08 | NA | NA | 0.00 | 0.00 |
| Reliant Capital Solutions,LLC | Unsecured | 2,647.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,848.20 | NA | NA | 0.00 | 0.00 |
| Revenue Group | Unsecured | 775.50 | NA | NA | 0.00 | 0.00 |
| Revenue Group | Unsecured | 53.23 | NA | NA | 0.00 | 0.00 |
| Revenue Group | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| RMS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Unsecured | 2,203.95 | 2,203.95 | 2,203.95 | 0.00 | 0.00 |
| Scheer, Green, & Burke, Co. LPA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Southwest Ohio ENT Specialists, Inc. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Springboro Imaging | Unsecured | 221.31 | NA | NA | 0.00 | 0.00 |
| TekCollect | Unsecured | 482.07 | NA | NA | 0.00 | 0.00 |
| The Bourassa Law Group, LLC | Unsecured | 2,180.24 | NA | NA | 0.00 | 0.00 |
| TRIHEALTH | Unsecured | 1,977.60 | NA | NA | 0.00 | 0.00 |
| Tri-State Adjustments, Inc. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Unique National Coll | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 81.84 | NA | NA | 0.00 | 0.00 |
| University Emer. Phys Inc | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| UNSECURED BASE HOLD | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wei-Lee Realty | Unsecured | 1,348.36 | NA | NA | 0.00 | 0.00 |
| West Asset Managment | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| Wright State Physicians | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $66,655.54 | $73,869.29 | $0.00 |
| Mortgage Arrearage | $33,947.98 | $27,766.86 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$100,603.52** | **$101,636.15** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,130.77 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$15,130.77** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$93,608.76** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $7,174.85 |
| Disbursements to Creditors | $101,636.15 |
| **TOTAL DISBURSEMENTS :** | **$108,811.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/11/2019         By: /s/ Jeffrey M Kellner
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**